| | |
|---|---|
| RYAN COPLEY, PAT MCGEENEY, JOE TILLEY, | Case No. 2:20-CV-01442-CCW |
| Plaintiffs, | Judge Christy Criswell Wiegand |
| v. | |
| EVOLUTION WELL SERVICES OPERATING LLC, | |
| Defendant. | |

## JOINT STATUS REPORT

Plaintiffs Ryan Copley, Pat McGeeney, and Joe Tilley (collectively "Plaintiffs"), and Defendant Evolution Well Services Operating LLC ("Defendant"; together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, respectfully submit this status report. The Parties previously requested that the Court stay the disposition of Defendant's Motion to Transfer Venue pending the participation of the Parties at a mediation before mediator Carole Katz, Esq. which was previously scheduled to take place on August 9, 2022. The mediation has been rescheduled for September 20, 2022.

The Parties previously attended an unsuccessful mediation before mediator Carole Katz, Esq. on December 2, 2021. Following the developments in the case over the last several months, the Parties agreed to resume settlement discussions, and to attend a mediation session on August 9, 2022. In advance of the scheduled mediation, Plaintiffs requested certain information and data from Defendant regarding members of the collective class as well as members of the putative classes. Defendant has provided Plaintiff with most of the requested information. Due to the voluminous amount of information requested, as well as summer vacation schedules, Defendant has experienced delays collecting information related to the putative class. The data/information

is important to the mediation as the Parties are reasonably hopeful that this mediation will be more productive and have a better chance of resolving the case.

In light of the mediation which has been rescheduled to September 20, 2022, the Parties submit this Joint Status Report to respectfully request that the Court stay all deadlines in this matter pending the outcome of the mediation. The Parties further request that the Court continue to hold disposition of Defendant's Motion to Transfer Venue in abeyance pending the outcome of the mediation. The Parties respectfully request that the Court schedule a Status Conference to take place after the mediation scheduled on September 20, 2022, to discuss deadlines should the matter not resolve.

**Respectfully submitted,**

| | |
|---|---|
| */s/ Edwin J. Kilpela, Jr.* | */s/ Andrea M. Kirshenbaum* |
| Edwin J. Kilpela, Jr. | Andrea M. Kirshenbaum |
| Gary F. Lynch | akirshenbaum@postschell.com |
| Jamisen A. Etzel | Leanne Lane Coyle |
| Elizabeth Pollock-Avery | lcoyle@postschell.com |
| Kenneth A. Held | **POST & SCHELL PC** |
| ekilpela@lcllp.com | Four Penn Center |
| gary@lcllp.com | 1600 John F. Kennedy Blvd. |
| jamisen@lcllp.com | Philadelphia, PA 19103 |
| elizabeth@lcllp.com | Tel: 215-587-1000 |
| ken@lcllp.com | Fax: 215-587-1444 |
| **LYNCH CARPENTER, LLP** | |
| 1133 Penn Avenue, 5th Floor | Philip J. Sbrolla |
| Pittsburgh, PA 15221 | psbrolla@postschell.com |
| T: (412) 322-9243 | **POST & SCHELL PC** |
| F: (412) 231-0246 | One Oxford Centre, Suite 3010 |
| | 301 Grant Street |
| Sean L. Ruppert | Pittsburgh, PA 15219 |
| sean@ruppertlawfirm.com | Tel: 412-506-6377 |
| **RUPPERT LAW FIRM** | Fax: 412-506-6379 |
| 1612 Hatteras St. | |
| Pittsburgh, PA 15212 | |
| T: (412) 353-3661 | ***Attorneys for Defendant*** |

***Attorneys for Plaintiffs***

24301271v1