UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN COPLEY, PAT MCGEENEY, JOE TILLEY, on behalf of themselves and others similarly situated, | Case No. 2:20-CV-01442-CCW |
| Plaintiffs, | Judge Christy Criswell Wiegand |
| v. | |
| EVOLUTION WELL SERVICES OPERATING LLC, | |
| Defendant. | |

## NOTICE OF REVISED REQUEST FOR ATTORNEYS' FEES

Plaintiffs Ryan Copley, Pat McGeeney, and Joe Tilley, as well as Precertification Opt-In Plaintiff Brian Hanes, hereby submit this revised request for attorneys' fees in response to the Court's order of January 27, 2023. Specifically, this Court ordered that "Plaintiffs' counsel shall file a revised figure for attorneys' fees or supplemental briefing that justifies the higher figure" of thirty-five percent (35%) of the common fund that Plaintiffs noted would be requested by counsel in their recent Motion for Preliminary Approval (Dkt. Nos. 143, 145).

Pursuant to the Court's Order, Plaintiffs hereby represent that counsel for Plaintiffs will seek thirty-three percent (33%) of the fund. That number, which is the benchmark for reasonable awards, is well within the range of acceptable requests in this district and has been approved in many other wage and hour collective/class matters. *See Bredbenner v. Liberty Travel, Inc.*, No. 09-905 (MF), 2011 WL 1344745, **21-22 (D.N.J. Apr. 8, 2011).

1

|  |  |
|---|---|
| Dated: February 3, 2023 | Respectfully Submitted,<br><br>*/s/ Elizabeth Pollock-Avery*<br>Edwin J. Kilpela, Jr.<br>Elizabeth Pollock-Avery<br>Kenneth A. Held<br>ekilpela@lcllp.com<br>elizabeth@lcllp.com<br>ken@lcllp.com<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15221<br>T (412) 322-9243<br>F (412) 231-0246<br><br>*Counsel to Plaintiffs* |