IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RYAN COPLEY, PAT MCGEENEY, JOE TILLEY, on behalf of themselves and others similarly situated, | **)** <br> **)** <br> **)** <br> **)** Case No. 2:20-CV-01442-CCW <br> **)** |
| Plaintiffs, | **)** <br> **)** Judge Christy Criswell Wiegand |
| v. | **)** <br> **)** |
| EVOLUTION WELL SERVICES OPERATING LLC, | **)** <br> **)** <br> **)** |
| Defendant. | **)** <br> **)** <br> **)** |

**MOTION FOR FINAL APPROVAL OF
CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiffs Ryan Copley, Pat McGeeney, Joe Tilley, as well as Precertification Opt-In Plaintiff Brain Hanes (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an Order giving Final Approval of the Class and Collective Action Settlement.

1.   Plaintiffs incorporate herein by reference, as if fully set forth, the allegations of their Motion for Preliminary Approval of Class and Collective Action Settlement (ECF No. 143), which was granted by the Order dated February 10, 2023. ECF No. 150.

2.   Plaintiffs incorporate herein by reference, as if fully set forth, the allegations of their Motion for Approval of Attorneys' Fees and Expenses and for Class Representative Service Payment which was filed on June 13, 2023. ECF No. 159.

3.   An executed version of the Settlement Agreement is attached hereto as Exhibit 1.

4.   The Declaration of Elizabeth Pollock-Avery, Esq., is attached hereto as Exhibit 2.

5.      The Declaration of Markeita Reid on behalf of A.B. Data Ltd., Settlement Administrator, is attached hereto as Exhibit 3.

6.      It is respectfully submitted that the facts and circumstances which led the Court to enter its February 10, 2023 Order have not changed and that the Settlement continues to be fair and reasonable.

7.      Plaintiffs have laid out the grounds for approval of this Motion in the contemporaneously filed memorandum of law and declarations.

8.      Plaintiffs request approval of the Proposed Settlement Agreement on the ground that the proposed settlement terms fall within the range of reasonableness and that approval as to these terms secures an adequate recovery for class members in exchange for their rights to litigate their claims.

WHEREFORE, Plaintiffs request that the Court enters an order: (1) finding that the members of the Settlement Collective/Class received Notice that was the best notice practicable under the circumstances, including individual notice to all members who could be identified through reasonable effort, in compliance with the requirements of due process; (2) finding that the Named Plaintiffs and Class Counsel fairly and adequately represented the Settlement Collective/Class throughout the course of the Action; (3) finding that the Settlement is fair, reasonable, and adequate when considered in light of the factors identified in Fed. R. Civ. P. 23(e)(2); and (4) dismissing the Action with prejudice as to all members of the Settlement Collective/Class and ruling that all Collective/Class Members have irrevocably released the Released Claims.

Dated: June 26, 2023                    Respectfully Submitted,

By: */s/ Elizabeth Pollock-Avery*
Gary F. Lynch
Edwin J. Kilpela, Jr.
Jamisen A. Etzel
Elizabeth Pollock-Avery
Kenneth A. Held
gary@lcllp.com
ekilpela@lcllp.com
jamisen@lcllp.com
elizabeth@lcllp.com
ken@lcllp.com
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15221
T (412) 322-9243
F (412) 231-0246

***Counsel for Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of June, 2023, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery

4